UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-209-GCM

| | |
|---|---|
| MONTE LOVETTE HUDSON, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>DEPARTMENT OF ADULT CORRECTION, )<br>et al., )<br>  )<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court for the Eastern District of North Carolina, complaining about incidents that allegedly occurred at the Alexander Correctional Institution. [Doc. 1]. On December 27, 2023, the action was transferred to this Court where venue is proper. [Doc. 29]. The Court dismissed the Complaint on initial review on January 24, 2024, and granted the Plaintiff 30 days to file a superseding Amended Complaint. [Doc. 34]. The Plaintiff was cautioned that, "[s]hould Plaintiff fail to timely amend his Complaint in accordance with this Order, the Court will dismiss this action without further notice." [Id. at 7].

The Plaintiff has not amended his Complaint and the time to do so has expired. The Plaintiff appears to have abandoned this action and the Court is unable to proceed. This case will therefore be dismissed without prejudice. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-33 (1962)

(although Rule 41(b) does not expressly provide for sua sponte dismissal, Rule 41(b) does not imply any such restriction and a court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to terminate this action.

**IT IS SO ORDERED.**

Signed: March 8, 2024

Graham C. Mullen
United States District Judge