# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Monte Lovette Hudson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00209-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Alexander Correctional Institution Staff Department of Adult Correction FNU Byrd**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 8, 2024 Order.

March 8, 2024

Katherine Hord Simon, Clerk
United States District Court